```
DALE L. ALLEN, JR.,  SBN 145279
DIRK D. LARSEN,  SBN 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:      (415) 981-6630
Facsimile:       (415) 982-1634
Email: dallen@lowball.com
Email: dlarsen@lowball.com

Attorneys for Defendants
CITY OF MERCED; MERCED POLICE DEPARTMENT;
OFFICER CHAVEZ(#); OFFICER LODWICK(#);
DETECTIVE DELIMAN(#); SGT. COURT(#)
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KONG MENG XIONG, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF MERCED , A municipal corporation and the MERCED POLICE DEPARTMENT a division of the CITY OF MERCED;OFFICER CHAVEZ(#), OFFICER LODWICK(#), DETECTIVE DELIMAN(#), SGT COURT(#), as individuals and in their official capacity, and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. 1:13-CV-00083-LJO-SKO<br><br>STIPULATION AND REQUEST TO CONTINUE APRIL 18, 2013 INITIAL SCHEDULING CONFERENCE; ORDER<br><br>Date:          April 18, 2013<br>Time:          9:45 a.m.<br>Courtroom:   7<br><br>Judge:         Hon. Sheila K. Oberto |

The parties to the above-captioned action, by and through their respective attorneys of record, hereby stipulate as follows and request that the Court enter an order pursuant to their stipulation:

  1.     That the Initial Scheduling Conference currently scheduled for April 18, 2013, at 9:45 a.m., be continued to June 25, 2013, at 9:45 a.m., or to a time as soon thereafter as may be convenient for the Court.

  The grounds for this stipulation are that two other actions arising from the same underlying factual circumstances are currently pending. One, *Thao et al v. City of Merced et al*, was filed in the Superior Court in and for the County of Merced (case no. CV002599) on April 10, 2012; the defendants

PDF created with pdfFactory trial version www.pdffactory.com

in that case, who in part are the defendants in the present case, have answered the complaint and discovery is ongoing. The other action, *Luh Xiong v. City of Merced et al*, was filed in this Court on January 23, 2013 (case no. 1:13-cv-00111-AWI-SAB); to the parties' knowledge, the defendants in that case, who in part are the defendants in this case, have not been served. The *Luh Xiong* matter is not presently at issue, although this Court's PACER system indicates that an initial scheduling conference is scheduled in that case for April 30, 2013. The parties' thus request the above continuance in order to allow time for the Luh Xiong case to become at issue and to explore options for relating and/or consolidating some or all of the proceedings in all three actions.

　　　　IT IS SO STIPULATED.


　　　　Dated:  April 12, 2013.

　　　　　　　　　　　　　　　　LOW, BALL & LYNCH


　　　　　　　　　　　　　　By____s/ Dirk D. Larsen_____
　　　　　　　　　　　　　　　　DALE L. ALLEN, JR.
　　　　　　　　　　　　　　　　DIRK D. LARSEN
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　CITY OF MERCED; MERCED POLICE
　　　　　　　　　　　　　　　　DEPARTMENT; OFFICER CHAVEZ(#); OFFICER
　　　　　　　　　　　　　　　　LODWICK(#); DETECTIVE DELIMAN(#); AND
　　　　　　　　　　　　　　　　SGT. COURT(#)


　　　　Dated:  April 12, 2013.

　　　　　　　　　　　　　　　　KALLIS & ASSOCIATES, P.C.


　　　　　　　　　　　　　　By____s/ M. Jeffery Kallis_____
　　　　　　　　　　　　　　　　M. JEFFERY KALLIS
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　KONG MENG XIONG


///

///

///

///

-2-
STIPULATION AND REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE;
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 12, 2013.

                          BUSTAMANTE & GAGLIASSO

                          By____s/ Steven M. Berki_____
                              STEVEN M. BERKI
                              Attorneys for Plaintiff
                              KONG MENG XIONG

## **ORDER**

Pursuant to the stipulation of the parties herein, and good cause appearing therefore, it is hereby ORDERED:

1. That the Initial Scheduling Conference currently scheduled for April 18, 2013, at 9:45 a.m., is continued to June 25, 2013, at 9:45 a.m.

IT IS SO ORDERED.

Dated:  **April 12, 2013**                              **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com