| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE | |
| EASTERN DISTRICT OF CALIFORNIA | |
| FRESNO DIVISION | |
| * * * | |

| | |
|---|---|
| **KONG MENG XIONG,** | ) Case No.: 1:13-CV-00083 SKO |
| | )  Related Case No.:  1:13-cv-00111-SKO |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| **CITY OF MERCED, ET AL.** | ) **JOINT STIPULATION AND APPLICATION FOR** |
| | ) **EXTENSION OF CURRENT FACT DISCOVERY** |
| Defendants. | ) **DEADLINE AND ADJUSTMENT OF OTHER** |
| | ) **SUBSEQUENT SCHEDULE DATES;  ORDER** |
| **LUH XIONG,** | ) **THEREON** |
| | ) |
| Plaintiff, | ) |
| vs. | ) Complaint Filed: January 16, 2013 |
| | ) Trial Date: April 14, 2015 |
| **CITY OF MERCED, ET AL.** | ) Jury Trial Requested |
| | ) |
| Defendants. | |

The parties, for the reasons set forth below, herein stipulate and request the Court extend the fact discovery cutoff and all subsequent dates by approximately 150 calendar days. This stipulation and request is based upon the need to complete depositions by November 3, 2014 (the current deadline).

WHEREAS, the parties have engaged diligently in discovery, including production of documents and other written discovery;

WHEREAS, the written discovery was required to be undertaken prior to depositions of relevant witnesses;

WHEREAS, this case involves two related lawsuits, involving four (4) different law firms: Law Offices of Kallis & Associates, Bustamante & Gagliasso, P.C., Law Offices of John L. Burris, and Allen, Glaessner, Hazelwood & Werth.

1  WHEREAS, various counsel have been engaged in jury trials and other matters over the
2  last two (2) months which has rendered the scheduling of depositions unachievable;
3  WHEREAS, the parties have confirmed depositions for the very end of October and the
4  first week of November 2014;
5  WHEREAS, the parties do not anticipate that the schedule as it currently resides will
6  allow for all necessary depositions to be conducted by the current discovery cut-off of
7  November 3, 2014.

Further, it is agreed to by the parties that there are numerous (>5) percipient witnesses that will need to be deposed. These witnesses were at the location of the shooting; and there are numerous (4) police witnesses, parties (7) and PMK's (3-5) who need to be deposed before expert depositions can be undertaken.

NOW THEREFORE, the parties hereby agree and stipulate that the close of fact discovery, and all subsequent filing deadlines need to be moved so that the above 20 depositions can be scheduled. The Parties believe that it will require more than 20 actual days to take the depositions, including travel time.  No attorney associated with this case has any block of time greater than three days available at one time. Based on discussion between counsel, in the best case scenario, the parties would need 7 three day blocks of time. If this could be done every other week, which is unlikely, the parties would need approximately 14 additional weeks. In order to minimize the likelihood of needing to ask for additional time the Parties feel that an additional buffer of 7 weeks should absorb any scheduling issues.

The parties stipulate to the following modifications to the Scheduling Order.

| Current schedule | New Schedule |
|---|---|
| Non Expert Discovery: 11/3/2014; | April 2, 2015 |
| Expert Disclosure: 11/17/2014; | April 16, 2015 |
| Suppl. Expert Disclosures: 12/1/2014; | April, 30, 2015 |
| Expert Discovery: 12/15/2014. | May 14, 2015 |
| Non-Dispositive Motions 12/22/2014. | May 21, 2015 |
| Dispositive Motions filed by 12/22/2014. | May 21, 2015 |
| Settlement Conference set for 12/16/2014, | May 15, 2015 |
| Pretrial Conference set for 3/4/2015 | August 1, 2015 |
| Jury Trial (12-15 days) 4/14/2015 | September 11, 2015 |

## GENERAL ORDER 45(X)(B) STATEMENT

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants City of Merced et.al, and that I have retained in my possession e-mails so authorizing the filing of this stipulation.

Date October 1, 2014

                         KALLIS & ASSOCIATES, P.C.

                         By          /s/
                              M. JEFFERY KALLIS
                              Attorneys for Plaintiff
                              KONG MENG XIONG

                         BUSTAMANTE & GAGLIASSO

                         By          /s/
                              STEVEN M. BERKI
                              Attorneys for Plaintiff
                              KONG MENG XIONG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

          LAW OFFICES OF JOHN L. BURRIS

          By:_____/s/_____
          ADANTÉ D. POINTER
          Attorney for Plaintiff
          Attorney for Luh Xiong

          Allen Glaessner Hazelwood Werth

By_____/s/_____
          DALE L. ALLEN, JR.
          Attorneys for Defendants
          CITY OF MERCED; MERCED POLICE
          DEPARTMENT; OFFICER CHAVEZ(#);
          OFFICER LODWICK(#); DETECTIVE
          DELIMAN(#); AND SGT. COURT(#)

## ORDER

The Court, having considered the parties' Stipulation and Request, the documents and records on file with the Court, finds good cause to modify the schedule.  Some of the dates requested by the parties have been modified slightly to accommodate the Court's calendar or because the date proposed fell on a weekend.   The dates modified from the parties' proposed dates are **bolded** and underlined below.

| Current schedule | New Schedule |
| --- | --- |
| Non Expert Discovery: 11/3/2014; | April 2, 2015 |
| Expert Disclosure: 11/17/2014; | April 16, 2015 |
| Suppl. Expert Disclosures: 12/1/2014; | April, 30, 2015 |
| Expert Discovery: 12/15/2014. | May 14, 2015 |
| Non-Dispositive Motions 12/22/2014. | **May 20, 2015** |
| Dispositive Motions filed by 12/22/2014. | **May 20, 2015** |
| Settlement Conference set for 12/16/2014, | May 15, 2015 |
| Pretrial Conference set for 3/4/2015 | **August 5, 2015** |
| Jury Trial (12-15 days) 4/14/2015 | **September 15, 2015** |

IT IS SO ORDERED.

Dated:   **October 7, 2014**                         **/s/ Sheila K. Oberto**
                                                                                   UNITED STATES MAGISTRATE JUDGE