# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONG MENG XIONG, et al., | Case No. 1:13-cv-00083-SKO |
| Plaintiffs, | **ORDER GRANTING STIPULATED REQUEST FOR SCHEDULE MODIFICATION** |
| v. | |
| CITY OF MERCED, et al., | (Doc. No. 39) |
| Defendants. | |

_____/

On May 5, 2015, the parties filed a stipulation requesting that the expert discovery deadline and the filing deadline for dispositive/non-dispositive motions be extended. The extension of time is necessary due to the unavailability of expert witnesses for purposes of deposition until after May 20, 2015.

Pursuant to the parties' request, the schedule is modified as follows:

| | **Deadline** | **Modified Date** | **Prior Deadline** |
|---|---|---|---|
| 1. | Expert Discovery Deadline | May 28, 2015 | May 14, 2015 |
| 2. | Dispositive/Non-dispositive Motion Filing deadline | June 3, 2015 | May 20, 2015 |
| 3. | Dispositive/Non-dispositive Motion Hearing deadline | July 1, 2015 | None set |

The pre-trial conference remains set for August 5, 2015, and the trial remains set for September 15, 2015.

IT IS SO ORDERED.

Dated:     **May 7, 2015**                                            **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE