1   DALE L. ALLEN, JR., State Bar No. 145279
    dallen@aghwlaw.com
2   KEVIN P. ALLEN, State Bar No. 252290
    kallen@aghwlaw.com
3   ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
    180 Montgomery Street, Suite 1200
4   San Francisco, CA  94104
    Telephone:      (415) 697-2000
5   Facsimile:      (415) 813-2045

6   Attorneys for Defendants
    CITY OF MERCED; MERCED POLICE DEPARTMENT;
7   OFFICER CHAVEZ; OFFICER LODWICK; DETECTIVE
    DELIMAN; SGT. COURT

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                      FRESNO COURTHOUSE

12   KONG MENG XIONG, an individual,     Case No.: 1:13-cv-00083-SKO

13                   Plaintiff,          **STIPULATION AND ORDER TO CONTINUE**
                                         **SETTLEMENT CONFERENCE**
14          v.

15   CITY OF MERCED, A municipal
     corporation and the MERCED POLICE
16   DEPARTMENT a division of the CITY
     OF MERCED, OFFICER CHAVEZ,
17   OFFICER LODWICK, DETECTIVE
     DELIMAN, SGT COURT, as individual
18   and in their official capacity, inclusive,

19                   Defendants.

20

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

49508.1

1

1    Due to the unavailability of Defendants principle Melissa McDonald, the parties request

2  that the settlement conference scheduled for May 15, 2015 at 10:00 a.m. be continued.   The

3  parties have only been able to reach agreement to the continuance, but not dates, timely to

4  preparing and submitting the continuance request.  The parties continue to meet and confer on

5  mutually agreeable dates and will make a good faith effort to notify the court of agreeable dates

6  before Friday, May 15, 2015 or seek the courts assistance in providing dates the court is available

7  for the settlement conference.

8

9

10                                                   Respectfully submitted,

11  Dated:  May 12, 2015                ALLEN, GLAESSNER,
                                                     HAZELWOOD & WERTH, LLP

12

13                                                   By:  _/s/ Dale L. Allen_____
                                                         DALE L. ALLEN, JR.

14                                                       KEVIN P. ALLEN
                                                         Attorneys for Defendants

15                                                       CITY OF MERCED; MERCED POLICE
                                                         DEPARTMENT; OFFICER CHAVEZ;

16                                                       OFFICER LODWICK; DETECTIVE
                                                         DELIMAN; SGT. COURT

17

18                                                   Respectfully submitted,

19  Dated:  May 12, 2015                THE LAW FIRM OF KALLIS & ASSOCIATES

20                                                   By:  _/s/ M. Jeffery Kallis_____

21                                                       M. JEFFERY KALLIS
                                                         Attorneys for Plaintiff

22                                                       KONG MENG XIONG

23                                                   Respectfully submitted,

24  Dated:  May 12, 2015                LAW OFFICES OF JOHN L. BURRIS

25

26                                                   By:  _/s/ Adante D. Pointer_____
                                                         JOHN L. BURRIS

27                                                       ADANTE D. POINTER
                                                         Attorneys for Plaintiff

28                                                       KONG MENG XIONG

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

49508.1

Respectfully submitted,

Dated:  May 12, 2015                   BUSTAMANTE & GAGLIASSO


By:  */s/ Steven M. Berki*
       STEVEN M. BERKI
       Attorneys for Plaintiff
       KONG MENG XIONG




## ORDER

Due to the unavailability of Defendants principle Melissa McDonald, the settlement conference currently scheduled for May 15, 2015 at 10:00 a.m. is off calendar.  The parties are to meet and confer and notify the court by Friday, May 15, 2015 of the new date for the settlement conference.



IT IS SO ORDERED.

Dated:   **May 12, 2015**

UNITED STATES MAGISTRATE JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

49508.1