1

2

3

4

5

6

7

8

9

10

11

12

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KONG MENG XIONG, and<br>LUH XIONG | Case No.  1:13-cv-00083-SKO |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS'<br>REQUEST TO EXTEND PAGE LIMITS<br>FROM MOTION FOR SUMMARY<br>JUDGMENT** |
| v. | |
| | (Doc. 43) |
| CITY OF MERCED, et al., | |
| Defendants. | |

On May 26, 2015, Defendants filed a letter brief requesting a page-limit extension on their motion for summary judgment.  Defendants explain they wish to file one summary judgment motion addressing the claims of both Plaintiffs.  To adequately address all the claims against each of the five Defendants, however, Defendants seek to extend the motion page limit from 30 to 50 pages.

1    As there are multiple plaintiffs and defendants, a number of claims at issue, and because

2  Defendants plan to address each Plaintiff's claims together in one motion, both Defendants and

3  Plaintiffs may file briefs (motion and opposition briefs) up to 50 pages, exclusive of a table of

4  contents, a table of cases, and any supporting declarations and exhibits.  Any reply brief may be up

5  to 30 pages in length.

6
7  IT IS SO ORDERED.

8    Dated:   __**May 27, 2015**__                              _____**/s/ Sheila K. Oberto**_____
                                                                UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28