# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONG MENG XIONG,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICER CHAVEZ, et al.,<br><br>  Defendants.<br>_____/ | Case No. 1:13-cv-00083-LJO-SKO<br><br>**ORDER ON PARTIES' STIPULATION FOR DISMISSAL OF PLAINTIFF KONG XIONG'S STATE LAW CLAIMS**<br><br>(Doc. No. 119) |

On September 10, 2015, the parties filed a stipulation that Kong's state law claims be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 119). As such, those claims have been dismissed by operation of law.

IT IS SO ORDERED.

Dated:   **September 11, 2015**          **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE