**FILED**

**JUDGMENT ENTERED**

```
                              _____
                                     Date
                  by _____A. Timken_____
                                  Deputy Clerk
                            U.S. District Court
                      Eastern District of California
                   __XX____  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MR. KONG MENG XIONG,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:13-cv-00083 SKO

CHAVEZ, ET AL.,

    Defendants.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that:

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF *DEFENDANT CHAVEZ AND DEFENDANT OFFICER LODWICK*, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 9/23/2015.

DATED: 9/23/2015

                                MARIANNE MATHERLY, Clerk

                                /S/ Alice Timken
                       By:
                                Deputy Clerk

jgm.civ
2/1/95